**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 30, 2023

Mr. Robert R. Carr
Eastern District of Kentucky at Pikeville
110 Main Street
Suite 203 Federal Building
Pikeville, KY 41501-1144

Re: Case No. 22-5202, *USA v. Eugene Sisco, III*
    Originating Case No. 7:20-cr-00023-1

Dear Carr:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
  for Monica Page, Case Manager

cc: Mr. Justin C. Hamilton
    Mr. Paul McCaffrey
    Mr. Jonah Lee Stevens
    Ms. Sofia Vickery
    Mr. Charles P. Wisdom Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-5202

_____

Filed: January 30, 2023

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

EUGENE SISCO, III

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 01/06/2023 the mandate for this case hereby issues today.

COSTS: None